FILED
10/14/2020
*Shirley Faust*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Emily Baze
DV-32-2020-0001312-WS
Larson, John W
1.00

Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
2200 Brooks Street
Missoula, MT 59801
(406) 549-5186
torrance@tcsattorneys.com
nicole@tcsattorneys.com

Attorney for Plaintiff

**MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY**

| | |
|---|---|
| DANIEL STOREY,<br><br>            Plaintiff,<br><br>      vs.<br><br>TA OPERATING LLC d/b/a<br>TRAVELCENTERS OF AMERICA,<br><br>            Defendant. | Case No.:<br>Dept. No.:<br><br><br>**COMPLAINT and<br>DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Daniel Storey, by and through counsel of TIPP COBURN & ASSOCIATES PC, and for his Complaint against the Defendant, states and alleges as follows:

1.   Plaintiff is an individual who resides in Missoula County, Montana.

2.   Defendant TA Operating LLC d/b/a TravelCenters of America is a Delaware limited liability company, with its principal office located at 34601 Center Ridge Road, Westlake, OH 44145.  Defendant has been and continues to do business in Montana, and is authorized to do business in Montana.  The registered agent for the Defendant is Corporation Service Company, 26 W. Sixth Ave., Helena, MT 59624.

3. Venue and jurisdiction are proper in this Court.

4. The Plaintiff was employed with the Defendant as a Master Technician VII until the Defendant terminated his employment on October 15, 2019.

5. Prior to Plaintiff's termination, he had completed the Defendant's probationary period of employment.

6. During the course of the Plaintiff's employment with the Defendant, the Plaintiff adequately and satisfactorily performed the duties of his position.

7. In performing the duties of his employment, the Plaintiff was not a disruption to the operation of the Defendant's business.

8. No legitimate business reason existed to terminate the Plaintiff's employment.

9. The above-referenced termination of Plaintiff's employment by the Defendant was without good cause.

10. Based upon information and belief, in terminating the Plaintiff, the Defendant violated the express provisions of its own written personnel policies.

11. The Plaintiff exhausted any and all of Defendant's internal procedures under which the Plaintiff could have grieved or otherwise appealed his discharge, as contemplated by Montana Code Annotated § 39-2-911.

12. The Defendant's termination of the Plaintiff's employment constitutes wrongful discharge as contemplated and defined by Montana Code Annotated § 39-2-901, et seq.

13. Due to the Defendant's wrongful termination of the Plaintiff, the Plaintiff is entitled to recover from the Defendant all damages as allowed by law, which include lost wages and lost fringe benefits, in an amount to be determined at trial.

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

A.　For Plaintiff's damages in the form of lost wages and benefits in an amount to be determined at trial;

B.　For Plaintiff's costs incurred in this action; and,

C.　For such other and further relief as this Court deems just, equitable and allowable under the laws of the State of Montana.

DATED this 14th day of October, 2020.

TIPP COBURN & ASSOCIATES PC


/s/ Torrance L. Coburn
Torrance L. Coburn
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, by and through his attorneys TIPP COBURN & ASSOCIATES PC, and demand a jury trial on all issues of fact in the above case.

DATED this 14th day of October, 2020.

TIPP COBURN & ASSOCIATES PC


/s/ Torrance L. Coburn
Torrance L. Coburn
Attorneys for Plaintiff